**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF VIRGINIA**
**HARRISONBURG DIVISION**

| | | |
|---|---|---|
| **IN RE:** | : | Case No. 17-50630 |
| | : | |
| **NC DEVELOPMENT, LLC** | : | Chapter 11 |
| | : | |
| Debtor(s). | : | Judge Rebecca B. Connelly |
| | : | |

_____

**NOTICE OF APPEARANCE**
_____

PLEASE TAKE NOTICE THAT the undersigned counsel enters their appearance as counsel for NC Development, LLC in the above-captioned case, pursuant to Fed. R. Bankr. 9010 and request that copies of all notices, pleadings and papers filed in this case be served on the following via mail, hand delivery, fax, electronically or other appropriate means at the address indicated below:

>   Dale A. Davenport, Esquire
>   ddavenport@hooverpenrod.com
>   HOOVER PENROD PLC
>   342 South Main Street
>   Harrisonburg, VA  22801
>   Telephone:  (540) 433-2444
>   Facsimile:   (540) 433-3916

**Dated:  June 30, 2017**                          **Respectfully Submitted,**

                                                   **NC DEVELOPMENT, LLC**
                                                   **By Counsel**

By:  /s/ Dale A. Davenport
Dale A. Davenport, Esquire (VSB#16268)
*ddavenport@hooverpenrod.com*
HOOVER PENROD PLC
342 South Main Street
Harrisonburg, Virginia 22801
540/433-2444
540/433-3916 (Facsimile)
*Counsel for the Cynthia Rimer*

## CERTIFICATE OF SERVICE

I hereby certify that on this 30th day of June, 2017, a true copy of the foregoing Notice was electronically filed with the Court using the CM/ECF system, which provides electronic notification to all parties receiving notice in this case, including:  the Office of the U.S. Trustee.

/s/ Dale A. Davenport
Dale A. Davenport